UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENG-WEN CHENG,<br><br>                             Plaintiff,<br><br>              -against-<br><br>JAHRIL TAFARI BELL,<br><br>                           Defendants. | **ORDER**<br><br>24 Civ. 6624 (ER) |

Ramos, D.J.:

      On November 11, 2024, Defendant Jahril Tafari Bell filed a motion to dismiss.  Doc. 13.  Plaintiff Sheng-Wen Chen's response to Bell's motion is due **December 27, 2024**.  Bell's reply is due **January 10, 2025**.

      It is SO ORDERED.

Dated:    November 14, 2024
                New York, New York

                                                    Edgardo Ramos, U.S.D.J.