UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG-WEN CHENG,

            Plaintiff,

– against –

JAHRIL TAFARI BELL,

            Defendant.

**ORDER**

No. 24-cv-06624 (ER)

Ramos, D.J.:

    On November 11, 2024, Jahril Tafari Bell filed a motion to dismiss Sheng-Wen Cheng's complaint. Doc. 13. Sheng informed the Court via a letter motion dated November 22, 2024 and filed on December 2, 2024, that he had not received a copy of the motion to dismiss. Doc. 17. Bell did not file a certificate of service as to Cheng, who is incarcerated and does not have access to internet. *Id.*

    Bell is instructed to re-serve his motion to dismiss on Cheng and file a certificate of service on the docket by December 19, 2024. Cheng's request to extend the time to file his opposition 45 days after Bell files the certificate of service is granted.

    It is SO ORDERED.

Dated:   December 5, 2024
           New York, New York

                                                      Edgardo Ramos, U.S.D.J.