UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG-WEN CHENG,

          Plaintiff,

– *against* –

JAHRIL TAFARI BELL,

          Defendant.

**ORDER**

No. 24-cv-06624 (ER)

Ramos, D.J.:

    On January 7, 2025, Sheng-Wen Cheng filed his opposition to Jahril Tafari Bell's motion to dismiss the complaint. Doc. 20. On January 13, 2025, Mr. Cheng filed a letter, dated January 6, 2025, to inquire if the Court had received his opposition. Doc. 21. Mr. Cheng is advised that the Court has received his opposition.

    It is SO ORDERED.

Dated:    January 16, 2025
             New York, New York

                                              Edgardo Ramos, U.S.D.J.