UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG-WEN CHENG,

                Plaintiff,

– against –

JAHRIL TAFARI BELL,

                Defendant.

**OPINION & ORDER**

24-cv-6624 (ER)

RAMOS, D.J.:

       Sheng-Wen Cheng, proceeding *pro se*, brought this action against Jahril Tafari Bell on August 21, 2024.  Doc. 1.  On June 18, 2025, Bell's motion to dismiss the complaint was granted.  Doc. 30.  In the Order dismissing the complaint, Cheng was directed to file an amended complaint by July 30, 2025 or the case would be closed.  *Id.*  Cheng did not file an amended complaint.  Accordingly, the Clerk of Court is respectfully directed to close the case.

       It is SO ORDERED.

Dated:    August 4, 2025
              New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.